Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant. | No. 5:12-cv-04219-LHK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On January 9, 2013, Plaintiff filed a Motion for Administrative Relief for Leave to Continue the CMC. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference currently set for January 16, 2013 is CONTINUED to ~~Wednesday March 13, 2013, at 2:00 P.M.~~ January 30, 2013 at 2:00 p.m.

IT IS SO ORDERED.

The Order to Show Cause hearing set for January 16, 2013 is also continued to January 30, 2013 at 2:00 p.m.

DATED: January 11, 2013

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Court Judge