UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | Case No.: 12-04219 |
| Plaintiff, | ) ) | |
| | ) | MINUTE ORDER AND CASE |
| v. | ) | MANAGEMENT ORDER |
| JOHN DOE, | ) ) ) | |
| Defendant. | ) ) | |

Clerk:  Martha Parker Brown           Plaintiff Attorney: Brett Gibbs
Reporter:  Summer Fisher               Defendant Attorney: n/a
Length of Hearing: 13 minutes

A Case Management Conference was held on January 30, 2013.  A FURTHER CASE MANAGEMENT CONFERENCE is set for March 6, 2012 at 2:00 p.m.

Plaintiff shall file a motion to compel Comcast to comply with the subpoena by February 13, 2013.

**IT IS SO ORDERED.**

Dated: January 30, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05347-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER